**Richard E. MARKS, Appellant,**

v.

**T.C. OUTLAW, Warden, FCI— Forrest City, Appellee.**

**No. 11–1310.**

United States Court of Appeals, Eighth Circuit.

Submitted: June 21, 2011.

Filed: June 29, 2011.

Rehearing and Rehearing En Banc Denied Aug. 24, 2011.

Richard E. Marks, Forrest City, AR, pro se.

Clarence Daniel Stripling, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Richard Marks appeals the district court's [1] dismissal without prejudice of his

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cava-

28 U.S.C. § 2241 petition. Having carefully reviewed the record and considered Marks's arguments, we conclude that dismissal was proper for the reasons stated by the district court, and that the arguments raised on appeal provide no basis for reversal. Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

---

neau, United States Magistrate Judge for the Eastern District of Arkansas.